UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MCCLENNY MOSELEY & ASSOCIATES, PLLC,**
    Plaintiff

**CIVIL ACTION**

**VERSUS**

**NO. 22-4694**

**ROCKET MORTGAGE, LLC,**
    Defendant

**SECTION: "E" (4)**

## ORDER

Considering the *en banc* Court's Order staying this matter and the Plaintiff's compliance with the requirements of the *en banc* Court's Order;[1]

**IT IS ORDERED** that the stay in this matter is hereby **LIFTED**.

**IT IS FURTHER ORDERED** that the current Scheduling Order is **VACATED**.[2] The Court's case manager will contact the parties to set a scheduling conference in this matter.

New Orleans, Louisiana, this 24th day of August, 2023.

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 14.
[2] R. Doc. 12.